UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GEORGE JENKINS, JR.,

    Plaintiff,

v.

JUDY HATHAWAY, MS. JAMES and JANE DOE,

    Defendants.

Case No. 09-cv-914-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff George Jenkins, Jr.'s claims in this case against defendants Judy Hathaway and Ms. James are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff George Jenkins, Jr.'s claims in this case against defendant Jane Doe are dismissed without prejudice.

**DATED: June 14, 2011**      NANCY J. ROSENSTENGEL, Clerk of Court

    s/ Jina Hoyt, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**